IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALICE GIPSON,

    Plaintiff,       No. CIV S-11-3325 KJM-KJN

    vs.

BARBARA MCKINLEY, dba McKinley Care House,       <u>ORDER TO SHOW CAUSE</u>

    Defendant.
_____/

    A status (pretrial scheduling) conference in the above-captioned case was set for April 26, 2012. A joint status report should have been submitted by April 19, 2012. Instead, plaintiff submitted a status report without defendant's cooperation, with a declaration attesting that plaintiff's counsel attempted to contact defense counsel via both telephone and email and received no response. (Velarde Decl., ECF 11-1.) Defendant has been served and appeared.

    Accordingly, James P. Chandler, counsel for defendant, is hereby order to show cause, within fourteen (14) days, why he and/or his client should not be sanctioned $250.00 for his failure to meet and confer with plaintiff's counsel in order to prepare a joint status report, in violation of this court's order setting status conference and Local Rules. (ECF 4.)

    IT IS SO ORDERED.

DATED: April 26, 2012.

_____
UNITED STATES DISTRICT JUDGE

1