IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALICE GIPSON, an individual,

     Plaintiff,                          No. 2:11-cv-3325-KJM-KJN

     vs.

BARBARA McKINLEY, dba McKINLEY CARE HOME, an individual,

     Defendant.                   ORDER

     The above-captioned case settled at a settlement conference held before the undersigned on September 27, 2012. Following the settlement conference, the court issued an order directing that dispositional documents be filed within thirty days.

     Counsel for plaintiff has requested an additional fifteen days to file the documents disposing of the case. Good cause appearing, the request is granted and dispositional documents shall be filed not later than November 15, 2012.

DATED: October 31, 2012

                                  EDMUND F. BRENNAN
                                  UNITED STATES MAGISTRATE JUDGE